United States District Court
Southern District of Texas
**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ROSA YAMILETH BACHEZ-ARANA, | § | CIVIL ACTION NUMBER |
| | § | 4:26-cv-03044 |
| Petitioner, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| RANDY TATE, *et al*, | § | |
| Respondents. | § | |

## ORDER

Pending is an advisory by Respondents indicating that Petitioner Rosa Yamileth Bachez-Arana has been removed from the United States. Dkt 8.

The challenged detention having now concluded, no live claims remain in this action.

This action is DISMISSED AS MOOT.

This action will be restored to the docket upon request by Petitioner with demonstration that any aspect of this action has not been rendered moot by removal.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on May 7, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge